United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **RANDY WILLIAM BRAST,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:23-cv-0414 |
| § | |
| **TEXAS HILLCROFT PARTNERSHIP LP,** § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL

Plaintiff has filed a notice of voluntary dismissal. Pursuant to Rule 41(a), this case is therefore **DISMISSED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on July 21, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE